**PLV Electric LLC.**
**90-Day Cash Flow Forecast**

*Projected - Week Beginning*

| | 4/21/2024 | 4/28/2024 | 5/5/2024 | 5/12/2024 | 5/19/2024 | 5/26/2024 | 6/2/2024 | 6/9/2024 | 6/16/2024 | 6/23/2024 | 6/30/2024 | 7/7/2024 | 7/14/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Income** | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 57,500.00 | $ 57,500.00 | $ 57,500.00 | $ 57,500.00 | $ 62,500.00 | $ 62,500.00 | $ 62,500.00 | $ 62,500.00 | $ 67,500.00 | $ 67,500.00 |
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| 51400 Job Materials Purchased | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 |
| Generator from Generac | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 |
| Generator parts | | | | | | | | | | | | | |
| Batteries | 875.00 | 875.00 | 875.00 | 875.00 | 875.00 | 875.00 | 875.00 | 875.00 | 875.00 | 875.00 | 875.00 | 875.00 | 875.00 |
| Parts | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| **Total Generator parts** | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | 1,875.00 |
| Plumber ( Gas Piping ) | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| **Total Cost of Goods Sold** | $ 14,125.00 | $ 14,125.00 | $ 14,125.00 | $ 14,125.00 | $ 14,125.00 | $ 14,125.00 | $ 14,125.00 | $ 14,125.00 | $ 14,125.00 | $ 14,125.00 | $ 14,125.00 | $ 14,125.00 | 14,125.00 |
| **Gross Profit** | $ 40,875.00 | $ 40,875.00 | $ 40,875.00 | $ 43,375.00 | $ 43,375.00 | $ 43,375.00 | $ 43,375.00 | $ 48,375.00 | $ 48,375.00 | $ 48,375.00 | $ 48,375.00 | $ 53,375.00 | 53,375.00 |
| **Expenses** | | | | | | | | | | | | | |
| 60100 Auto and Truck Expenses | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 |
| Finaced Vehicles | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| Repairs and Maintenance | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| 60400 Bank Service Charges | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 |
| 61700 Computer and Internet Expenses | | | | | | | | | | | | | |
| Docusign | | | 250.00 | | | | 250.00 | | | | | 250.00 | |
| GoCanvas | | | 250.00 | | | | 250.00 | | | | | 250.00 | |
| MarketShark | | | 1,500.00 | | | | 1,500.00 | | | | | 1,500.00 | |
| **Total 61700 Computer and Internet Expenses** | $ - | $ - | $ 2,000.00 | $ - | $ - | $ - | $ 2,000.00 | $ - | $ - | $ - | $ - | $ 2,000.00 | $ - |
| 63300 Insurance Expense | 1,875.00 | 1,875.00 | 1,875.00 | 1,875.00 | 1,875.00 | 1,875.00 | 1,875.00 | 1,875.00 | 1,875.00 | 1,875.00 | 1,875.00 | 1,875.00 | 1,875.00 |
| 63400 Interest Expense | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 |
| 64900 Office Supplies | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 |
| **Total 66000 Payroll Expenses** | 25,000.00 | 25,000.00 | 25,000.00 | 27,500.00 | 27,500.00 | 27,500.00 | 27,500.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 31,250.00 | 31,250.00 |
| 66700 Professional Fees | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| 67100 Rent Expense | | | | | | | | | | | | | |
| TF Associates | | | 5,000.00 | | | | 5,000.00 | | | | | 5,000.00 | |
| Other Rent | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | |
| **Total 67100 Rent Expense** | $ 150.00 | $ 150.00 | $ 5,150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 5,150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 5,150.00 | $ - |
| 68100 Telephone Expense | | | 1,000.00 | | | | 1,000.00 | | | | | 1,000.00 | |
| 68600 Utilities | | | | | | | | | | | | | |
| Electric | | | 300.00 | | | | 300.00 | | | | | 300.00 | |
| Gas | | | 300.00 | | | | 300.00 | | | | | 300.00 | |
| **Total 68600 Utilities** | $ - | $ - | $ 600.00 | $ - | $ - | $ - | $ 600.00 | $ - | $ - | $ - | $ - | $ 600.00 | $ - |
| Advertising/Promotional | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 |
| cleaning service | | | 250.00 | | | | 250.00 | | | | | 250.00 | |
| copier lease | | | 200.00 | | | | 200.00 | | | | | 200.00 | |
| Fuel | 1,375.00 | 1,375.00 | 1,375.00 | 1,375.00 | 1,375.00 | 1,375.00 | 1,375.00 | 1,375.00 | 1,375.00 | 1,375.00 | 1,375.00 | 1,375.00 | 1,375.00 |
| garbage | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| oil | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| Postage Expense | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| tolls | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| water | | | 100.00 | | | | 100.00 | | | | | 100.00 | |
| zoning permit | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| Miscellaenous | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| **Total Expenses** | $ 35,450.00 | $ 35,450.00 | $ 44,600.00 | $ 37,950.00 | $ 37,950.00 | $ 37,950.00 | $ 47,100.00 | $ 40,450.00 | $ 40,450.00 | $ 40,450.00 | $ 40,450.00 | $ 50,850.00 | 41,550.00 |
| **Net Operating Income** | $ 5,425.00 | $ 5,425.00 | -$ 3,725.00 | $ 5,425.00 | $ 5,425.00 | $ 5,425.00 | -$ 3,725.00 | $ 7,925.00 | $ 7,925.00 | $ 7,925.00 | $ 7,925.00 | $ 2,525.00 | 11,825.00 |
| **Other Expenses** | | | | | | | | | | | | | |
| 80000 Ask My Accountant | | | | | | | | | | | | | |
| 80500 Travel expenses | | | | | | | | | | | | | |
| **Total Other Expenses** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 0.00 |
| **Net Other Income** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 0.00 |
| **Net Income** | $ 5,425.00 | $ 5,425.00 | -$ 3,725.00 | $ 5,425.00 | $ 5,425.00 | $ 5,425.00 | -$ 3,725.00 | $ 7,925.00 | $ 7,925.00 | $ 7,925.00 | $ 7,925.00 | $ 2,525.00 | 11,825.00 |

## PLV Electric LLC.
## 90-Day Cash Flow Forecast

*Projected - Week Beginning*

| | 4/21/2024 | 4/28/2024 | 5/5/2024 | 5/12/2024 | 5/19/2024 | 5/26/2024 | 6/2/2024 | 6/9/2024 | 6/16/2024 | 6/23/2024 | 6/30/2024 | 7/7/2024 | 7/14/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Chapter 11 Expenses:** | | | | | | | | | | | | | |
| Trustee Fees | | | 500.00 | | | | 500.00 | | | | | 500.00 | |
| Other Administrative | | | | | | | | | | | | | |
| Professional Fees | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 |
| **Total Chapter 11 Expenses** | $ 1,250.00 | $ 1,250.00 | $ 1,750.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,750.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,750.00 | $ 1,250.00 |
| **Adjusted Net Income** | $ 4,175.00 | $ 4,175.00 | $ (5,475.00) | $ 4,175.00 | $ 4,175.00 | $ 4,175.00 | $ (5,475.00) | $ 6,675.00 | $ 6,675.00 | $ 6,675.00 | $ 6,675.00 | $ 775.00 | $ 10,575.00 |
| | | | | | | | | | | | | | |
| **Cash Flow Calculation** | | | | | | | | | | | | | |
| Beginning Cash Balance | $ 5,000.00 | $ 9,175.00 | $ 13,350.00 | $ 3,722.28 | $ 7,897.28 | $ 12,072.28 | $ 16,247.28 | $ 6,619.56 | $ 13,294.56 | $ 19,969.56 | $ 26,644.56 | $ 33,319.56 | $ 29,941.84 |
| Period Income/(Loss) | 4,175.00 | 4,175.00 | (5,475.00) | 4,175.00 | 4,175.00 | 4,175.00 | (5,475.00) | 6,675.00 | 6,675.00 | 6,675.00 | 6,675.00 | 775.00 | 10,575.00 |
| Other Balance Sheet Items: | | | | | | | | | | | | | |
| Debt Payments | | | | | | | | | | | | | |
| Wells Fargo | | | (4,152.72) | | | | (4,152.72) | | | | | (4,152.72) | |
| **Ending Cash Balance** | $ 9,175.00 | $ 13,350.00 | $ 3,722.28 | $ 7,897.28 | $ 12,072.28 | $ 16,247.28 | $ 6,619.56 | $ 13,294.56 | $ 19,969.56 | $ 26,644.56 | $ 33,319.56 | $ 29,941.84 | $ 40,516.84 |

**Footnotes**

1. MDAS prepared the above projections based on the information made available to us by the Debtor including, but not limited to, the books and records and discussions with the Debtor.
2. As of 04/15/2023, it is our understanding that the Debtor's books and records have been reconciled through 01/31/2024.  Accordingly, we relied on accounting information only up to that date.
3. The Debtor's books and records are kept on a modified cash basis, where income is recorded on an accrual basis and expenses are recorded on a cash basis.
4. For the purpose of these projections, income is projected on a cash basis.
5. To project collections, we relied on the debtor's accounts receivable aging report and the account portal for Costco, a significant customer of the Debtor.
6. As of 04/15/2024 (books reconciled through 01/31/2024), Costo receivables = $971K of the Debtor's $1.6M in total receivables.
7. Wells Fargo debt payment is estimated per cash collateral offer.
8. With the exception of 'Wells Fargo', debt service on automobiles is currently included in the Operating Income, expense category 'Auto and Truck Expenses'.